606 A.2d 1168

**James J. MULLEN and Ann E. Mullen, his wife, Respondents,**

**v.**

**Angelo POLI and Nancy Poli, his wife, Petitioners.**

Supreme Court of Pennsylvania.

May 8, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted, and it is hereby ordered that this case be remanded to the Court of Common Pleas of Fayette County which shall reverse its order of July 7, 1989, denying Petitioners' request for non pros, and enter an order granting a judgment of non pros.

Jurisdiction relinquished.